**DORIS NEHME-TOMALKA, ESQ.**
Nevada Bar No. 6431
**NEHME-TOMALKA AND ASSOCIATES**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: 702-240-5280
Facsimile:   702-240-5380
Email:       doris@nehme-tomalka.com
*Attorney for Defendants CHRISTA DOWNES fka CHRISTA SHEDD and BRADLEY RANDALL*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID M. DOWNES, DANIEL R. DOWNES, COLLEEN P. DOWNES, KAREN A. MACAULAY, BRADLEY RANDALL, CHRISTA D. SHEDD,<br><br>    Defendants. | Case No.  2:22-CV-00894-MMD-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS CHRISTA D. SHEDD and BRADLEY RANDALL TO RESPOND TO DEFENDANTS DAVID M. DOWNES, DANIEL R. DOWNES, COLLEEN P. DOWNES, AND KAREN A. MACAULAY'S MOTION FOR JUDICIAL NOTICE OF STATE OF NEVADA, DISTRICT COURT'S (1) STIPULATED DECREE OF DIVORCE, AND (2) ORDER FROM MARCH 26, 2019 HEARING; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants Christa D. Shedd *nka* Christa Downes and Bradley Randall may have additional time, up to and including May 3, 2023, within which to file their response/opposition to Defendants David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay's Motion for Judicial Notice of State of Nevada, District Court's (1) Stipulated Decree of Divorce, and (2) Order from March 26, 2019 Hearing [Doc. 21).  Defendants' response/opposition will be due on the same day that their response/opposition will be due on the pending Motion for Summary Judgment.  Therefore, the last day for Defendants Christa D. Shedd *nka* Christa Downes and Bradley Randall Defendant to file their response/opposition is May 3, 2013. Good cause exists for this

extension as the facts and issues are similar in both pending motions, and the pending Motion for Summary Judgement is based in part on the request for this Court to take judicial notice. This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants Christa D. Shedd nka Christa Downes and Bradley Randall hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Counsel for Defendants David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED this 14th day of April, 2023.

CLARK MCCOURT

*/s/ Lukas B. McCourt*
Brian P. Clark
Nevada Bar No. 4236
Lukas B. McCourt
Nevada Bar No. 11839
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
*Attorneys for Defendants David R. Downes,*
*Daniel Downes, Colleen P. Downes, and*
*Karen A. Macaulay*

DATED this 14th day of April, 2023.

NEHME-TOMALKA AND ASSOCIATES

*/s/ Doris Nehme-Tomalka*
Doris Nehme-Tomalka
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Defendant*
*Christa Downes aka Christa Shedd*

# ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Defendants Christa D. Shedd *nka* Christa Downes and Bradley Randall shall have up to and including May 3, 2023 to Defendant to file their response/opposition to Defendants David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay's Motion for Judicial Notice of State of Nevada, District Court's (1) Stipulated Decree of Divorce, and (2) Order from March 26, 2019 Hearing [Doc. 21].

DATED:  April 17, 2023

_____
**MIRANDA M. DU,**
**CHIEF UNITED STATES DISTRICT JUDGE**