Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
Telephone:  602-778-3724
Fax:  602-778-3750

*Attorneys for Plaintiff Metropolitan Life Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID M. DOWNESDANIEL R. DOWNES, COLLEEN P. DOWNES, KAREN A. MACAULAY, BRADLEY RANDALL, CHRISTA D. SHEDD,<br><br>Defendants. | Case No.:  2:22-cv-00894-MMD-BNW<br><br><br><br>**STIPULATION TO COMPLETE INTERPLEADER** |

All parties having now been joined in this interpleader lawsuit, the parties stipulate:

1. That MetLife be permitted to deposit the life insurance policy benefits totaling $792,000.00 with the Clerk of the Court for placement in an interest-bearing account, less $8,482.80 in attorneys' fees and $402 in costs MetLife has incurred in pursuing this interpleader;

2. That the defendants each be restrained from initiating any other action against MetLife, Matson, Inc., and the Plan for recovery of the life insurance benefits or any part thereof;

3. That MetLife, Matson, Inc., and the Plan be found to have no further liability beyond those monies deposited into this Court, which represents the life insurance benefits due under the Policy;

4. The Defendants' claims to the life insurance proceeds may continue to be addressed before the Court; and

5. That MetLife be discharged and dismissed with prejudice from this case.

DATED this 6th day of July, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kristina N. Holmstrom
Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  602-778-3724
Fax:  602-778-3750
*Attorneys for Plaintiff Metropolitan Life Insurance Company*

CLARK MCCOURT

/s/ Brian P. Clark
Brian P. Clark
bpc@clarkmccourt.com
Lukas B. McCourt
lmccourt@clarkmccourt.com
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
Telephone: 702-474-0065
Facsimile: 702-474-0068
*Attorneys for Defendants David M. Downes, Daniel R. Downes, Colleen P. Downes and Karen A. Macaulay*

NEHME-TOMALKA & ASSOCIATES

/s/ Doris Nehme-Tomalka
Doris Nehme-Tomalka
Doris@nehme-tomalka.com
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
Telephone: 702-240-5280
Facsimile: 702-240-5380
*Attorney for Defendants Bradley Randall and Christa D. Shedd*

2

53846167.v1-OGLETREE

**CERTIFICATE VIA CM/ECF**

Pursuant to FRCP 5, I hereby certify that I am employee of OGLETREE DEAKINS NASH SMOAK & STEWART, P.C., and that on the 6th day of July, 2023, I caused to be served via CM/ECF a true and correct copy of the Stipulation to Complete Interpleader.

Brian P. Clark
bpc@clarkmccourt.com
Lukas B. McCourt
lmccourt@clarkmccourt.com
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
Telephone: 702-474-0065
Facsimile: 702-474-0068
*Attorneys for Defendants David M. Downes, Daniel R. Downes, Colleen P. Downes and Karen A. Macaulay*

Doris Nehme-Tomalka
Doris@nehme-tomalka.com
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
Telephone: 702-240-5280
Facsimile: 702-240-5380
*Attorney for Defendants Bradley Randall and Christa D. Shedd*

/s/ Rose S. Ramsey
Employee of Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.

IT IS SO ORDERED:

Dated July 6, 2023

_____
U.S. District Court Judge