**DORIS NEHME-TOMALKA, ESQ.**
Nevada Bar No. 6431
**NEHME-TOMALKA AND ASSOCIATES**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: 702-240-5280
Facsimile:  702-240-5380
Email:      doris@nehme-tomalka.com
*Attorney for Defendants CHRISTA DOWNES fka CHRISTA SHEDD and BRADLEY RANDALL*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. DOWNES, DANIEL R. DOWNES, COLLEEN P. DOWNES, KAREN A. MACAULAY, BRADLEY RANDALL, CHRISTA D. SHEDD,<br><br>Defendants. | Case No.  2:22-CV-00894-MMD-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS CHRISTA D. SHEDD and BRADLEY RANDALL TO RESPOND TO DEFENDANT KAREN A. MACAULAY'S MOTION FOR PROTECTIVE ORDER**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants Christa D. Shedd *nka* Christa Downes and Bradley Randall may have additional time, up to and including August 11, 2023, within which to file their response/opposition to Defendant Karen A. Macaulay's Motion for Protective Order [Doc. 38]  Therefore, the last day for Defendants Christa D. Shedd *nka* Christa Downes and Bradley Randall to file their response/opposition to the Motion for Protective Order [Doc. 38] will be August 11, 2023.  The hearing on Defendant Karen A. Macaulay's Motion for Protective Order is presently scheduled to be heard on September 26, 2023, an as such, no prejudice will result to the Parties as a result of the requested extension of time.

. . .

1

Good cause exists as the Parties are actively discussing a possible resolution of the matters pending before this Court. Moreover, counsel for Defendants Christa D. Shedd *nka* Christa Downes and Bradley Randall is scheduled to be outside the jurisdiction on the July 24, 2023, which is the date that the response would otherwise be due to be filed with the Court, and is expected to return to the office on or about July 31, 2023.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants Christa D. Shedd nka Christa Downes and Bradley Randall hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Counsel for Defendants David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED this 17th day of July, 2023.

CLARK MCCOURT

*/s/ Lukas B. McCourt* _____
Brian P. Clark (Nevada Bar No. 4236)
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
*Attorneys for Defendants David R. Downes,
Daniel Downes, Colleen P. Downes, and
Karen A. Macaulay*

DATED this 17th day of July, 2023.

NEHME-TOMALKA AND ASSOCIATES

*/s/ Doris Nehme-Tomalka* _____
Doris Nehme-Tomalka (Nevada Bar No. 6431)
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Defendant
Christa Downes aka Christa Shedd and
Bradley Randall*

**ORDER**

**IT IS SO ORDERED**
**DATED:** 12:00 pm, July 18, 2023

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**