**DORIS NEHME-TOMALKA, ESQ.**
Nevada Bar No. 6431
**NEHME-TOMALKA AND ASSOCIATES**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: 702-240-5280
Facsimile:   702-240-5380
Email:       doris@nehme-tomalka.com
*Attorney for Defendants CHRISTA DOWNES fka CHRISTA SHEDD and BRADLEY RANDALL*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. DOWNES, DANIEL R. DOWNES, COLLEEN P. DOWNES, KAREN A. MACAULAY, BRADLEY RANDALL, CHRISTA D. SHEDD,<br><br>Defendants. | Case No.  2:22-CV-00894-MMD-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CHRISTA D. SHEDD TO COMPLETE DEFENDANT KAREN A. MACAULAY'S DEPOSITION**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant Christa D. Shedd *nka* Christa Downes may have additional time, up to and including thirty (30) days after this Court renders an Order on Defendant Karen Macaulay's pending Motion for a Protective Order [Doc. 38] within which to complete Defendant Karen Macaulay's deposition.  Presently, Defendant Karen Macaulay's Motion for a Protective Order is scheduled to be heard by this Court on September 26, 2023.

The Parties held a meet and confer on July 10, 2023.  Per the Court's Minute Order issued on July 3, 2023, this Stipulation is being submitted within fourteen (14) days of when the Parties met and conferred.

This document is being electronically filed through the Court's ECF System.  In this regard,

1

counsel for Defendant Christa D. Shedd nka Christa Downes attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Counsel for Defendants David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED this 24th day of July, 2023.

CLARK MCCOURT

*/s/ Brian Clark*
Brian P. Clark  (Nevada Bar No. 4236)
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
*Attorneys for Defendants David R. Downes,*
*Daniel Downes, Colleen P. Downes, and*
*Karen A. Macaulay*

DATED this 24th day of July, 2023.

NEHME-TOMALKA AND ASSOCIATES

*/s/ Doris Nehme-Tomalka*
Doris Nehme-Tomalka (Nevada Bar No. 6431)
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Defendant*
*Christa Downes aka Christa Shedd and*
*Bradley Randall*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 9:54 pm, July 25, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**