BRIAN P. CLARK
Nevada Bar No. 4236
LUCAS MCCOURT
Nevada Bar No. 11839
CLARK MCCOURT
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 474-0065
Facsimile: (702) 474-0068
bpc@clarkmccourt.com
*Attorneys for Defendants David M. Downes,
Daniel R. Downes, Colleen P. Downes, and
Karen A. Macaulay*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. 2:22-CV-00894-MMD-BNW |
| Plaintiff, | |
| v. | [ORDER |
| DAVID M. DOWNES, DANIEL R. DOWNES, COLLEEN P. DOWNES, KAREN A. MACAULAY, BRADLEY RANDALL, CHRISTA D. SHEDD, | |
| Defendants. | |

Defendants DAVID M. DOWNES, DANIEL R. DOWNES, COLLEEN P. DOWNES, and KAREN A. MACAULAY (hereinafter "Macaulay Defendants"), by and through their attorneys of record, the law firm of CLARK MCCOURT, hereby submit their [Proposed] Order for disbursement of interpled funds pursuant to this Court's order entered on January 30, 2024 (ECF No. 52).

On January 30, 2024, this Court granted Macaulay Defendants' Motion for Summary Judgment (ECF No. 22) in part as to the $542,000 in proceeds from Decedent Daniel Downes' Basic Life benefits portion of his insurance policy. (ECF No. 52, p. 15). Macaulay Defendants have authorized disbursement of the said funds to their attorneys of record, the law firm of Clark McCourt. (Authorization For Disbursement of Funds executed by all Macaulay Defendants is attached hereto as **Exhibit 1**). Therefore, pursuant to the January 30, 2024 Order, Macaulay

Defendants respectfully request this Court to order the Clerk of Court to disburse the entire proceeds of Basic Life benefits in the amount of $542,000 to their attorneys of record, the law firm of Clark McCourt.

DATED this 2nd day of February, 2024.

**RESPECTFULLY SUBMITTED BY:**

CLARK MCCOURT

*/s/ Lukas B. McCourt*
Brian P. Clark
Nevada Bar No. 4236
Lukas B. McCourt
Nevada Bar No. 11839
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
*Attorneys for Defendants David R. Downes,*
*Daniel Downes, Colleen P. Downes, and*
*Karen A. Macaulay*

## ORDER

It is hereby ordered that the Clerk of Court disburse the entirety of the Basic Life proceeds in the amount of Five Hundred Forty Two Thousand Dollars ($542,000) to Clark McCourt Client Trust Account, for the benefit of David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay.

DATED: __February 5, 2024__

_____
UNITED STATES DISTRICT JUDGE

## AUTHORIZATION FOR DISBURSEMENT OF FUNDS

      The undersigned, David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay (hereinafter, collectively "Macaulay Defendants"), are defendants in the interpleader action, *Metropolitan Life Insurance Company v. Daniel R. Downes, et. al.* (United States District Court, District of Nevada, Case No. 2:22-cv-00894-MMD-BNW). The Court's Order entered on January 30, 2024, granted the sum of $542,000 in proceeds from Decedent Daniel Downes' Basic Life benefits to Macaulay Defendants. Macaulay Defendants hereby authorize disbursement of the entirety of the Basic Life proceeds in the amount of $542,000 to our attorneys of record, the law firm of Clark McCourt. Macaulay Defendants hereby request disbursement of the funds made payable to **Clark McCourt Client Trust Account, for the benefit of David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay.**

Dated: 02/01/2024

_/s/ David D._
David M. Downes

Dated: 02/01/2024

_/s/ Daniel D._
Daniel R. Downes

Dated: 02/01/2024

_/s/ Colleen D._
Colleen P. Downes

Dated: 02/01/2024

_/s/ Karen Macaulay_
Karen A. Macaulay