1  BRIAN P. CLARK
   Nevada Bar No. 4236
2  LUCAS MCCOURT
   Nevada Bar No. 11839
3  CLARK MCCOURT
   7371 Prairie Falcon Road, Suite 120
4  Las Vegas, Nevada 89128
   Telephone: (702) 474-0065
5  Facsimile: (702) 474-0068
   bpc@clarkmccourt.com
6  *Attorneys for Defendants David M. Downes,
   Daniel R. Downes, Colleen P. Downes, and
7  Karen A. Macaulay*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. DOWNES, DANIEL R. DOWNES, COLLEEN P. DOWNES, KAREN A. MACAULAY, BRADLEY RANDALL, CHRISTA D. SHEDD,<br><br>Defendants. | Case No. 2:22-CV-00894-MMD-BNW<br>**ORDER GRANTING STIPULATION AND PROPOSED ORDER TO DISBURSE INTEREST EARNED ON BASIC LIFE PORTION OF THE INSURANCE POLICY** |

Defendants David M. Downes, Daniel R. Downes, Colleen Downes, and Karen Macaulay (hereinafter, the "Downes Defendants"), and Defendants Christa D. Shedd aka Christa D. Downes and Bradley Randall (hereinafter, the "Shedd Defendants"), by and through their counsel of record, hereby present their Stipulation and Proposed Order to Disburse Interest Earned on Basic Life Portion of the Insurance Policy.

On August 2, 2023, this Court granted Amended Stipulation to Complete Interpleader in the amount of $854,330.10. (ECF No. 46). On August 7, 2023, Plaintiff completed the interpleader by depositing the amount of $854,330.10 with the Clerk of Court. (ECF No. 48). The completed interpleader amount consisted of $542,000.00 in Basic Life portion of the insurance policy, $250,000.00 in Supplemental Life portion of the insurance policy, and the accrued interest on both

the Basic Life and Supplemental Life portions of the insurance policy in the amount of $62,330.10 (the total interest of $71,214.90 less Plaintiff's attorney's fees and costs of $8,884.80). On February 5, 2024, this Court ordered the entirety of the Basic Life portion of the policy in the amount of $542,000.00 to be disbursed for the benefit of the Downes Defendants. (ECF No. 54). After the disbursement, the balance in the interpleader amount is $312,330.10, which consists of $250,000.00 in Supplemental Life portion of the insurance policy and $62,330.10 in accrued interest on both the Basic Life and Supplemental Life portions of the insurance policy.

IT IS STIPULATED AND AGREED by and between the Downes Defendants and the Shedd Defendants that no dispute exists regarding the interest accrued from the Basic Life portion of the insurance policy. The Downes Defendants and Shedd Defendants stipulate and agree that the Basic Life portion of the insurance policy ($542,000.00) represents 68.43% of the total insurance proceeds, the Basic Life portion plus the Supplemental Life portion ($792,000.00). The parties stipulate and agree that the interest earned from the Basic Life portion of the insurance policy totals the sum of $42,652.49, which is 68.43% of the total accrued interest ($62,330.10). The parties stipulate and agree that the remaining amount of $19,677.61 is the interest earned from the Supplemental Life portion of the policy.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS STIPULATED AND AGREED by and between the Downes Defendants and the Shedd Defendants that the interest earned from the Basic Life portion of the policy, and interpled with the Court, $42,652.49 shall be disbursed to the Downes Defendants. The Downes Defendants hereby submit their Authorization for Disbursement of Funds in the amount of $42,652.49 to the trust account of Clark McCourt law firm. (**Exhibit 1**).

DATED this 20th day of June, 2024.

CLARK MCCOURT

  /s/ Lukas B. McCourt
Brian P. Clark
Nevada Bar No. 4236
Lukas B. McCourt
Nevada Bar No. 11839
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
*Attorneys for Defendants David R. Downes, Daniel Downes, Colleen P. Downes, and Karen A. Macaulay*

DATED this 20th day of June, 2024.

NEHME-TOMALKA AND ASSOCIATES

  /s/ *Doris Nehme-Tomalka* (with permission)
Doris Nehme-Tomalka
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Defendants Christa Downes aka Christa Shedd and Bradley Randall*

### ORDER

It is hereby ordered that the Clerk of Court disburse the sum of Forty-Two Thousand Six Hundred Fifty-Two Dollars and Forty-Nine Cents $42,652.49 to the Clark McCourt Client Trust Account, for the benefit of David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay.

DATED: June 20, 2024

UNITED STATES DISTRICT JUDGE

# CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CLARK MCCOURT and that on the 20th day of June, 2024, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document served:**  STIPULATION AND PROPOSED ORDER TO DISBURSE INTEREST EARNED ON BASIC LIFE PORTION OF THE INSURANCE POLICY

Kristina N. Holstrom
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
*Attorney for Plaintiff*

Doris Nehme-Tomalka
Nehme-Tomalka and Associates
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Defendant*
*Christa Downes aka Christa Shedd and*
*Bradley Randall*

                                                    */s/ Won Lee*
                                                    An employee of Clark McCourt

# Won Lee

| | |
|---|---|
| **From:** | Doris Nehme-Tomalka, Esq. <doris@nehme-tomalka.com> |
| **Sent:** | Wednesday, June 19, 2024 3:49 PM |
| **To:** | Won Lee |
| **Cc:** | Brian Clark |
| **Subject:** | Re: Downers Interpleader - SAO to Disburse Interest on Basic Life/ Joint Pretrial Order |

Good Afternoon,

Thank you Won. You have my permission to submit the proposed Stipulation to the Court using my e-signature.

***Doris Nehme-Tomalka, Esq., LL.M.***
**Nehme-Tomalka & Associates**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
702-240-5280 (Ph); 702-446-0084 (Fax)

This e-mail communication is a confidential attorney-client communication intended only for the person named above. If you are not the person named above, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please e-mail the sender that you have received the communication in error. IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Wednesday, June 19, 2024 at 01:30:25 PM PDT, Won Lee <wlee@clarkmccourt.com> wrote:

Good afternoon Doris –

Please let us know if you had a chance to review the draft of the SAO to disburse the earned interest on Basic Life which we emailed to you on 6/11/24. I am attaching a copy for your convenience.

Also, the Joint Pretrial order is due on 7/3/24 per the Court's order. We will send you a draft next week for your input. Thank you.

Sincerely,

Won Lee

Paralegal

Brian P. Clark and Lukas B. McCourt



CLARK MCCOURT, LLC

7371 Prairie Falcon Road, Suite 120

Las Vegas, Nevada  89128

Tel  702.474.0065

Fax 702.474.0068

wlee@clarkmccourt.com

# AUTHORIZATION FOR DISBURSEMENT OF FUNDS

The undersigned, Karen A. Macaulay, David M. Downes, Daniel R. Downes, and Colleen P. Downes (hereinafter, collectively "Downes Defendants"), are defendants in the interpleader action, *Metropolitan Life Insurance Company v. Daniel R. Downes, et. al.* (United States District Court, District of Nevada, Case No. 2:22-cv-00894-MMD-BNW). Downes Defendants, Defendant Christa D. Shedd a/k/a Christa D. Downes, and Defendant Bradley Randall have stipulated and agreed that the interest earned from the Basic Life portion of the insurance policy in the amount of $42,652.49 shall be disbursed to Downes Defendants. A Stipulation and Proposed Order To Disburse Interest Earned On Basic Life Portion Of The Insurance Policy is being submitted herewith. Upon the entry of the said order, Downes Defendants hereby request disbursement of the funds in the amount of **$42,652.49 made payable to Clark McCourt Client Trust Account, for the benefit of David M. Downes, Daniel R. Downes, Colleen P. Downes, and Karen A. Macaulay.**

Dated: 06/20/2024

_____
Karen A. Macaulay

Dated: 06/20/2024

_____
David M. Downes

Dated: 06/20/2024

_____
Daniel R. Downes

Dated: 06/20/2024

_____
Colleen P. Downes

The signed document can be validated at https://app.vinesign.com/Verify