1  BRIAN P. CLARK
   Nevada Bar No. 4236
2  LUCAS MCCOURT
   Nevada Bar No. 11839
3  CLARK MCCOURT
   7371 Prairie Falcon Road, Suite 120
4  Las Vegas, Nevada 89128
   Telephone: (702) 474-0065
5  Facsimile: (702) 474-0068
   bpc@clarkmccourt.com
6  *Attorneys for Defendants David M. Downes,*
   *Daniel R. Downes, Colleen P. Downes, and*
7  *Karen A. Macaulay*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. 2:22-CV-00894-MMD-BNW |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| DAVID M. DOWNES, DANIEL R. DOWNES, COLLEEN P. DOWNES, KAREN A. MACAULAY, BRADLEY RANDALL, CHRISTA D. SHEDD, | |
| Defendants. | |

IT IS STIPULATED AND AGREED by and between Defendants David M. Downes, Daniel R. Downes, Colleen Downes, and Karen Macaulay (hereinafter, the "Downes Defendants"), and Defendants Christa D. Shedd aka Christa D. Downes and Bradley Randall (hereinafter, the "Shedd Defendants"), by and through their counsel of record, that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). On August 2, 2023, the Court dismissed with prejudice Plaintiff Metropolitan Life Insurance Company from this matter. (ECF No. 46).

/ / /

/ / /

It is further stipulated and agreed that each party shall bear its own attorney's fees and costs of suit.

DATED this 9th day of August, 2024.    DATED this 9th day of August, 2024.

CLARK MCCOURT    NEHME-TOMALKA AND ASSOCIATES

 /s/ Lukas B. McCourt     /s/ Doris Nehme-Tomalka (with permission)
Brian P. Clark    Doris Nehme-Tomalka
Nevada Bar No. 4236    2620 Regatta Drive, Suite 102
Lukas B. McCourt    Las Vegas, NV 89128
Nevada Bar No. 11839    *Attorney for Defendants*
7371 Prairie Falcon Road, Suite 120    *Christa Downes aka Christa Shedd and*
Las Vegas, NV 89128    *Bradley Randall*
*Attorneys for Defendants David R. Downes,*
*Daniel Downes, Colleen P. Downes, and*
*Karen A. Macaulay*

## **ORDER**

It is hereby ordered that Case No. 2:22-CV-00894-MMD-BNW is DISMISSED WITH PREJUDICE, each party to bear their own attorney's fees and costs of suit.

DATED:  August 14, 2024

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE VIA CM/ECF**

Pursuant to FRCP 5, I hereby certify that I am an employee of CLARK MCCOURT and that on the 9th day of August, 2024, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document served:**     STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

Kristina N. Holstrom
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
*Attorney for Plaintiff*

Doris Nehme-Tomalka
Nehme-Tomalka and Associates
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Defendant*
*Christa Downes aka Christa Shedd and*
*Bradley Randall*

                                        */s/ Won Lee*
                                 An employee of Clark McCourt

**Won Lee**

| | |
|---|---|
| **From:** | Doris Nehme-Tomalka <doris@nehme-tomalka.com> |
| **Sent:** | Friday, August 9, 2024 10:40 AM |
| **To:** | Won Lee |
| **Cc:** | Brian Clark |
| **Subject:** | Re: SAO to Dismiss with Prejudice and SAO to Distribute |

Yes, you may submit the two stipulations using my e-Signature.

 Thank you.  Have a good weekend.

Doris Nehme-Tomalka, Esq.
Nehme-Tomalka & Associates
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
702.240.5280 (Ph)
702.240.5380 (Fax)

> On Aug 9, 2024, at 9:37 AM, Won Lee <Wlee@clarkmccourt.com> wrote:
>
> Thank you, Doris.  Please let us know if we have your permission to add your e-signature to the two SAO's.  Thank you.
>
> Sincerely,
> *Won Lee*
> Paralegal
>
> Brian P. Clark and Lukas B. McCourt
>
> 
>
> CLARK MCCOURT, LLC
> 7371 Prairie Falcon Road, Suite 120
> Las Vegas, Nevada  89128
> Tel  702.474.0065
> Fax 702.474.0068
> wlee@clarkmccourt.com
>
> **From:** Doris Nehme-Tomalka, Esq. <doris@nehme-tomalka.com>
> **Sent:** Friday, August 9, 2024 9:17 AM
> **To:** Won Lee <Wlee@clarkmccourt.com>